**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lloyd Anthonie WILLIAMS,**
**Defendant–Appellant.**

No. 02–6628.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided Aug. 12, 2002.

Lloyd Anthonie Williams, Appellant Pro Se. Jerry Wayne Miller, United States Attorney, Asheville, North Carolina, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Lloyd Anthonie Williams appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Williams,* No. CR–98–144 (W.D.N.C. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*